NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1214

### ENI TECHNOLOGY INC.,

Plaintiff-Appellee,

v.

### UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of International Trade in consolidated case nos. 05-CV-0170, 05-CV-0171, and 05-CV-0172, Judge Donald C. Pogue.

ON MOTION

O R D E R

Upon consideration of the United States' motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

__MAR 1 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Robert B. Silverman, Esq.
        Jeanne E. Davidson, Esq.

s21

ISSUED AS A MANDATE: __MAR 1 0 2010__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK